UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN BURDICK,<br><br>　　　　　　Defendant. | Case No. 1:20-MJ-358 |

**AFFIDAVIT IN SUPPORT OF**
**A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Jacob Ellis, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.　　I have been a Special Agent with the Food and Drug Administration – Office of Criminal Investigations (FDA-OCI) since February 2015. I have received training related to cybercrime investigations, and am familiar with the tactics, methods and techniques of persons who unlawfully market and distribute drugs via internet websites. I have participated in the execution of numerous search warrants, of which the majority involved misbranded, adulterated, counterfeit, and/or stolen medical products, including drugs. Before working for FDA-OCI, I conducted criminal investigations into violations of credit card fraud, identity theft, money laundering, and wire/mail fraud as a Special Agent with the United States Secret Service for approximately ten years. I have experience investigating violations of narcotics trafficking offenses and computer-facilitated crimes. I have participated in the execution of numerous search and arrest warrants pertaining to counterfeit drugs and illegal narcotics, paraphernalia related to the use of illegal narcotics, monies or proceeds derived from the sale of counterfeit drugs and illegal narcotics, and records, ledgers, and documents pertaining to the purchase and

sale of counterfeit drugs and controlled substances. I have also conducted and participated in counterfeit drug and narcotics investigations resulting in the arrests and convictions of drug distributors, and seizures of counterfeit drugs and controlled substances. As a result, I am familiar with the use, effects, distribution techniques, appearance, and method of manufacture of counterfeit drugs and controlled substances. Additionally, I am familiar with the functioning and structure of counterfeit drug and narcotics markets operating on internet-based Darknet sites ("Darknet markets"), including the operations of Darknet market administrators ("admins"), the sellers on such markets ("vendors"), and the purchasers on such markets ("buyers").

2. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. I make this affidavit in support of an application for a criminal complaint and arrest warrant for Benjamin Burdick ("BURDICK"). This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I submit that this affidavit sets forth probable cause to believe that BURDICK has committed the following federal offense: knowingly selling and dispensing, and holding for sale and dispensing, counterfeit drugs, in violation of Title 21, United States Code, Sections 331(i)(3) and 333(b)(8).

## TECHNICAL BACKGROUND

3. Digital currency (also known as crypto-currency) is generally defined as an electronic-sourced unit of value that can be used as a substitute for fiat currency (*i.e.* currency created and regulated by a government). Digital currency exists entirely on the internet and is not stored in any physical form. Digital currency is not issued by any government, bank, or company and is instead generated and controlled through computer software operating on a decentralized peer-to-peer network. Digital currency is not illegal in the United States and may

be used for legitimate financial transactions. However, digital currency is often used for conducting illegal transactions, such as the sale of controlled substances.

4.  Bitcoin[1] is a type of digital currency. Bitcoin payments are recorded in a public ledger that is maintained by peer-to-peer verification and is thus not maintained by a single administrator or entity. Individuals can acquire Bitcoins either by "mining" or by purchasing Bitcoins from other individuals. An individual can "mine" for Bitcoins by allowing his/her computing power to verify and record the Bitcoin payments into a public ledger. Individuals are rewarded for this by being given newly created Bitcoins.

5.  An individual can send and receive Bitcoins through peer-to-peer digital transactions or by using a third-party broker. Such transactions can be done on any type of computer, including laptop computers and smart phones.

6.  Bitcoins can be stored in digital "wallets." A digital wallet essentially stores the access code that allows an individual to conduct Bitcoin transactions on the public ledger. To access Bitcoins on the public ledger, an individual must use a public address (or "public key") and a private address (or "private key"). The public address can be analogized to an account number while the private key is like the password to access that account.

7.  Even though the public addresses of those engaging in Bitcoin transactions are recorded on the public ledger, the true identities of the individuals or entities behind the public addresses are not recorded. If, however, a real individual or entity is linked to a public address, it

---

[1] As of September 22, 2020, the value of one Bitcoin was approximately $10,477.80 USD based on Morningstar for Currency and Coinbase for Cryptocurrency. As of December 17, 2020, the value of one Bitcoin was approximately $23,252 USD based on Morningstar for Currency and Coinbase for Cryptocurrency.

would be possible to determine what transactions were conducted by that individual or entity. Bitcoin transactions are, therefore, described as "pseudonymous," meaning they are partially anonymous.

8. Through the dark web or Darknet, which are websites accessible only through encrypted means, individuals have established online marketplaces for narcotics and other illegal items. These markets often only accept payment through digital currencies, such as Bitcoin. Accordingly, a large amount of Bitcoin sales or purchases by an individual is often an indicator that the individual is involved in narcotics trafficking or the distribution of other illegal items. Individuals intending to purchase illegal items on Darknet websites need to purchase or barter for Bitcoins. Further, individuals who have received Bitcoin as proceeds of illegal sales on Darknet websites need to sell their Bitcoin to convert them to fiat (government-backed) currency. Such purchases and sales are often facilitated by peer-to-peer Bitcoin exchangers, who advertise their services on websites designed to facilitate such transactions.

9. Darknet sites, such as Empire, Cryptonia, and Apollon, primarily operate on the Tor network. The Tor network ("Tor") is a special network of computers on the Internet, distributed around the world, that is designed to conceal the true Internet Protocol ("IP") addresses of the computers accessing the network, and, thereby, the locations and identities of the network's users. Tor likewise enables websites to operate on the network in a way that conceals the true IP addresses of the computer servers hosting the websites, which are referred to as "hidden services" or "onion services" ("hidden services") on the Tor network. Such "hidden services" operating on Tor have complex web addresses, generated by a computer algorithm, which end in ".onion" and can only be accessed through specific web browser software designed

or adapted to access the Tor network.  These addresses are either 16 characters long (version 2 or v2) or 56 characters long (version 3 or v3).

## PROBABLE CAUSE

10.     Since June 2019 until the present, FDA-OCI has been conducting a criminal investigation into a darknet market vendor operating under the name RANGOON.  A darknet market is a hidden commercial website that operates via the darkweb.  Darknet markets operate as black markets, selling or brokering transactions involving drugs, cyber-arms, weapons, counterfeit currency, stolen credit card details, forged documents, unlicensed pharmaceuticals, steroids, and other illicit goods, as well as the sale of legal products.

11.     The individual who controls RANGOON has been distributing pills marketed as Xanax® (which, based on my experience, I know is the brand name for alprazolam produced by Pfizer US Pharmaceuticals Group) on Empire Market, a darknet marketplace.  However, these pills actually contain other substances, including flualprazolam, which, based on my training and experience, is a more potent substance than alprazolam that has not been approved for use or sale in the United States by the FDA.

12.     According to the vendor profile page for RANGOON, the Empire Market seller account was created on or about April 20, 2019.  On the Empire Market, RANGOON listed for sale "4mg Xanax bars, these bars are pressed with 4mgs of Alprazolam per bar, I ship every day the post-office is open."  Based on my training and experience, the use of the term "pressed" implies that the pills were created outside of the legal manufacturing process.  "Pressed" is a common term used on the dark web to indicate to buyers that the pills are not genuine pharmacy grade, but rather manufactured by someone using a pill press.  Furthermore, while the pills are marketed as containing 4 mg of alprazolam, based on my experience with pharmaceutical and

counterfeit drugs, Pfizer Pharmaceutical Group does not produce Xanax® pills with that quantity of alprazolam.

13. Empire Market is no longer operating as of August 2020. The moniker RANGOON, however, continues to be utilized for illicit activities on Dark Market, a darknet marketplace. In total, federal law enforcement agents have purchased pills from RANGOON on at least six occasions, four of which are described further below.

### UNDERCOVER PURCHASES FROM RANGOON ON EMPIRE MARKET

14. In or about June 2019, an undercover FDA-OCI agent ordered 200 4mg[2] Xanax® pills from RANGOON via Empire Market. The total cost of the purchase was $300, or $1.50 per pill.[3] On or about July 2, 2019, the FDA-OCI agent picked up the package ordered from RANGOON, which was found to contain 213 pills. These pills were white in color, rectangular in shape, and bore the letters "XANAX" on one side and "2" on the other. Based on my training and experience, these markings are consistent with the FDA approved Xanax® 2mg pills produced by Pfizer US Pharmaceuticals Group. The pills were sent to the FDA lab for testing and were found to contain flualprazolam and microcrystalline cellulose. I know from my training and experience that flualprazolam is a chemical analog of alprazolam, the active pharmaceutical ingredient in genuine Xanax®. Flualprazolam has not been approved for use or sale in the United States by the FDA. Microcrystalline cellulose is a binder often added during the pressing of pills to hold the ingredients together. Further, the FDA lab utilized alternate light

---

[2] Based on my experience, "4" in "4mg" refers to the quantity of alprazolam in a pill, not the total weight of the pill.
[3] The payment was made in bitcoin directly through an escrow wallet controlled by Empire Market. The money is held in escrow until the product is delivered, at which point the buyer releases the funds from escrow to the seller. Law enforcement has been unable to trace the bitcoin.

sources (hereinafter, "ALS"), and determined that the pills were not visually consistent with authentic Xanax® 2mg pills manufactured by Pfizer.

15. The pills were shipped to Dulles, Virginia in a U.S. Postal Service ("USPS") Priority Mail Express envelope from the Inverness, FL area. The return address of the package included a fictitious name and address. The pills in this package were separately wrapped in eight clear zip lock bags. Each zip lock bag was secured inside of a silver mylar-style zip lock bag, placed in a yellow padded envelope, and then placed in the USPS Priority Mail Express envelope. Based on my training and experience, this method of packaging is used in an effort to deter law enforcement efforts from determining the contents of the package. Furthermore, the parcel bore postage purchased from a postage company that only accepts cryptocurrency as payment for postage purchased, and came from account C26321 with the postage company. All other parcels received from RANGOON pursuant to undercover purchases, and an intercepted parcel from RANGOON destined for Reston, Virginia, as described further below, bore postage from the same account.

16. In or about August 2019, an undercover FDA-OCI agent ordered 200 4mg Xanax® pills from RANGOON via Empire Market. The total cost of the purchase was $300, or $1.50 per pill. On or about August 12, 2019, the FDA-OCI agent picked up the package ordered from RANGOON, which was found to contain 220 pills. These pills were white in color, rectangular in shape, and bore the letters "XANAX" on one side and "2" on the other. Based on my training and experience, these markings are consistent with the FDA approved Xanax® 2mg pills produced by Pfizer US Pharmaceuticals Group. The pills were sent to the FDA lab for testing and were found to contain flualprazolam and microcrystalline cellulose. Further, the

FDA lab utilized ALS, and determined that the pills were not visually consistent with authentic Xanax® 2mg pills manufactured by Pfizer.

17. The pills were shipped to Alexandria, Virginia in a USPS Priority Mail Express envelope from the Brooksville, FL area. The return address of the package was "Dale Walker, PO Box 155, Brooksville, FL 34605." The pills in this package were secured in one vacuum sealed bag, which was placed into a yellow padded envelope, which in turn was placed in the USPS Priority Mail Express envelope. Based on my training and experience, this method of packaging is used in an effort to deter law enforcement efforts from determining the contents of the package.

18. In or about May 2020, an undercover FDA-OCI agent ordered 200 4mg Xanax® pills from RANGOON via Empire Market. The total cost of the purchase was $300, or $1.50 per pill. On or about May 27, 2020, the FDA-OCI agent picked up the package ordered from RANGOON, which was found to contain approximately 200 pills. These pills were white in color, rectangular in shape, and bore the letters "XANAX" on one side and "2" on the other. Based on my training and experience, these markings are consistent with the FDA approved Xanax® 2mg pills produced by Pfizer US Pharmaceuticals Group. The pills were sent to the FDA lab for testing and were found to contain etizolam, alprazolam, and adinazolam. Etizolam and adinazolam are chemical analogs of alprazolam. Neither substance has been approved for use or sale in the United States by the FDA.

19. The pills were shipped to Alexandria, Virginia in a USPS Priority Mail envelope from the Floral City, FL, area. The return address of the package was "Dale Walker, PO Box 1167 Floral City, FL 34436." The pills in this package were secured in four zip lock bags, which was placed in a silver mylar zip lock bag, which was placed in a yellow padded envelope, before

finally being placed in the USPS Priority Mail envelope. This packaging is consistent with the packaging used in the undercover purchase from RANGOON in or about June 2019. Based on my training and experience, this this method of packaging is used in an effort to deter law enforcement efforts from determining the contents of the package.

## REVIEW OF U.S. POSTAL SERVICE RECORDS AND OTHER INFORMATION

20. A review of USPS business records revealed P.O. Box 1167 was opened on January 16, 2019, in the name "Dale Walker" at the Floral City Post Office located at 7667 S. Florida Avenue, Floral City, FL (hereinafter, "Floral City USPS"). A Florida driver's license was presented at the time of application. Checks of the Florida Department of Motor Vehicle established that the "Dale Walker" driver's license was counterfeit. Further, the P.O. Box fee was paid in cash.

21. Analysis of USPS business records revealed that between March 2019 and August 2020, P.O. Box 1167 received at least 22 parcels from TabletBindertdp, a company based out of Jamestown, New York, which operates the website www.tabletbindertdp.com. A review of this website found that the company advertises and sells microcrystalline cellulose.

## IDENTIFICATION OF BURDICK

22. On or about July 17, 2020, USPS records revealed that a package addressed to "Dale Walker" was currently at the Floral City USPS awaiting pick up. Surveillance was established at the Floral City USPS. Law enforcement examined the package which contained the sender name "TabletBindertdp." Later that day, a vehicle driven by an individual later identified as BURDICK (hereinafter, "BURDICK'S VEHICLE") was observed parking at the Floral City USPS. BURDICK exited BURDICK'S VEHICLE and entered the Floral City USPS. The identification of BURDICK was made by searching the Florida Department of Motor

Vehicles for the registered owner of BURDICK'S VEHICLE. This search revealed the Florida Driver's License of BURDICK, the photograph of which visually matched the individual observed entering the Floral City USPS. A short time later, BURDICK was observed exiting the Floral City USPS with the package addressed to "Dale Walker," and entering BURDICK'S VEHICLE.

23. Law enforcement maintained surveillance as BURDICK'S VEHICLE departed Floral City USPS. Subsequent to the departure, law enforcement entered the Floral City USPS and confirmed that the individual later identified as BURDICK retrieved the package addressed to "Dale Walker." Surveillance of BURDICK was terminated when BURDICK'S VEHICLE entered a property located in Inverness, FL (hereinafter, "BURDICK'S RESIDENCE").

## VEHICLE GPS AND COVERT TRASH SEARCH

24. In or about July 2020, a covert camera was installed by law enforcement to observe the driveway and garage of BURDICK'S RESIDENCE and assist with surveillance.

25. On or about July 31, 2020, pursuant to a federal warrant, a GPS tracker was installed on BURDICK'S VEHICLE. A review of the GPS tracker activity between July 31 and August 13, 2020 showed that BURDICK'S VEHICLE traveled to United States Post Offices located in the following Florida cities, on multiple occasions: Floral City, Oxford, Tampa, Springhill, Clermont, and Brooksville.

26. On August 10, 2020, the GPS tracker showed BURDICK'S VEHICLE driving in the direction of the Tampa United States Post Office (hereinafter, "Tampa USPS"). Law enforcement observed BURDICK'S VEHICLE park, BURDICK exit BURDICK'S VEHICLE, and BURDICK remove several boxes containing USPS Flat Rate Envelopes from the back of BURDICK'S VEHICLE. Subsequently, BURDICK entered the Tampa USPS with the

envelopes and departed the Tampa USPS without them. Law enforcement observed 32 Priority Mail Flat Rate Envelopes and 24 Express Mail Flat Rate Envelopes inside the mail collection bin. All of the parcels bore the sender name and return address "Tim Bailey 3974 CR 201 #798 Oxford FL 34484." One of the aforementioned parcels was destined for an individual residing in Reston, Virginia. This parcel was seized.

27. Law enforcement reviewed the surveillance footage from the covert camera observing BURDICK'S RESIDENCE for August 10, 2020. On that date, prior to traveling to the Tampa USPS, BURDICK placed 3 boxes full of USPS Priority Mail envelopes in the back of BURDICK'S VEHICLE and departed the residence.

28. On or about August 14, 2020, law enforcement interviewed the intended addressee of the parcel destined for Reston, Virginia. During this interview, the addressee gave verbal consent to open the parcel, which was found to contain 11 rectangular white pills stamped "XANAX" on one side and "2" on the other. The addressee informed law enforcement that he/she purchased the pills from the darknet Empire market vendor "RANGOON." The pills were sent to the FDA lab for testing and tested positive for flualprazolam and microcrystalline cellulose.

29. On or about August 24, 2020, law enforcement conducted a covert trash recover at BURDICK'S RESIDENCE. Several trash bags were removed from the trashcans that were placed near the road. Included in the trash was: mail addressed to Benjamin BURDICK at BURDICK'S RESIDENCE; a clear zip lock bag which contained white rectangular pills stamped with "XANAX" (which were visually similar to the pills received by law enforcement via undercover purchases made with RANGOON, and to the pills in the intercepted package destined for Reston); shipping labels bearing return addresses of "Tim Bailey 3974 CR 201

#798 Oxford FL 34484-7732" and "Dale Walker 7667 S Florida Ave Box 1167 Floral City FL 34436-7701"; and a receipt from TabletBindertdp for 5 kilograms of Ready Mix Tablet Binder which indicated that it was shipped to "Dale Walker 7667 S Florida Ave Box 1167 Floral City FL 34436-7701" on July 31, 2020. The pills were sent to the FDA lab for analysis, and tested positive for the presence of etizolam, flualprazolam, and adinazolam.

### UNDERCOVER PURCHASE FROM RANGOON ON DARK MARKET AND ADDITONAL SURVEILLANCE

30. On or about August 25, 2020, law enforcement visited Dark Market, another Darknet marketplace, and observed a vendor profile using the moniker "RANGOON" advertising for sale 4mg Xanax® bars. The advertisement stated, "These bars are pressed with 4 mgs of Alprazolam per bar." This wording is substantially similar to the vendor advertisement previously found on Empire Market for RANGOON, as discussed above.

31. On or about August 26, 2020, an undercover FDA-OCI agent ordered 50 4mg Xanax® pills from RANGOON via Dark Market. The total cost of the purchase was $130, or $2.60 per pill.[4] On or about September 1, 2020, the FDA-OCI agent picked up the package ordered from RANGOON, which was found to contain 53 pills. These pills were white in color, rectangular in shape, and bore the letters "XANAX" on one side and "2" on the other. Based on my training and experience, these markings are consistent with the FDA approved Xanax® 2mg pills produced by Pfizer US Pharmaceuticals Group. The pills were sent to the FDA lab for testing and were found to contain flualprazolam.

---

[4] The payment was made in bitcoin directly through an escrow wallet controlled by Dark Market. The money is held in escrow until the product is delivered, at which point the buyer releases the funds from escrow to the seller. Law enforcement has been unable to trace the bitcoin.

32.     The pills were shipped on August 26, 2020 from the USPS in Inverness FL, located at 1400 US-41, Inverness, FL 34451 to Alexandria, Virginia in a USPS Priority Mail Express envelope. The return address of the package was "Dale Walker, PO Box 1167, Floral City, FL 34436." The pills in this package were secured in two zip lock bags, which were placed into two silver mylar bags, one yellow padded envelope, which in turn was placed in the USPS Priority Mail Express envelope. Based on my training and experience, this method of packaging is used in an effort to deter law enforcement efforts from determining the contents of the package.

33.     A review of the GPS tracker installed on BURDICK'S VEHICLE showed BURDICK'S VEHICLE in the area of 1400 US-41, Inverness, FL 34451 at approximately 2:09 pm. on August 26, 2020.

34.     Law enforcement reviewed footage from the covert camera observing BURDICK'S RESIDENCE. On August 26, 2020, at approximately 1:58 pm, BURDICK placed a box full of USPS Priority Mail envelopes in the back seat of BURDICK'S VEHICLE and departed BURDICK'S RESIDENCE.

35.     Law enforcement reviewed the GPS tracker activity for BURDICK'S VEHICLE for September 2, 2020, and noted that BURDICK'S VEHICLE visited the USPS located at 19101 Cortez Blvd, Brooksville, FL 34601 at approximately 2:28 pm.

36.     Law enforcement reviewed footage from a covert camera observing the Brooksville USPS facility located at 19101 Cortez Blvd, Brooksville, FL 34601 for the same date. At approximately 2:29 pm, BURDICK'S VEHICLE was observed parking, and an individual exited the vehicle and retrieved something from the back seat. The individual then entered the post office.

37. A review of USPS business records revealed that a package was scanned by a USPS employee at the Brooksville USPS facility at approximately 3:08 pm that same day. This package bore a return address of "Tim Bailey 3974 Country Road 201, Oxford FL 34484," and was destined for an individual in Suffolk, VA.

38. On or about September 9, 2020, law enforcement reviewed the GPS tracker activity for BURDICK'S VEHICLE and noted that BURDICK'S VEHICLE visited the USPS located at 3795 E Parsons Point Road, Hernando, FL 34442 at approximately 3:32 pm.

39. Law enforcement reviewed footage from a covert camera observing BURDICK'S RESIDENCE. On September 9, 2020, at approximately 2:52 pm, BURDICK entered BURDICK'S VEHICLE with a see-through plastic bag containing USPS Priority Mail envelopes and departed BURDICK'S RESIDENCE.

40. Law enforcement reviewed footage from a covert camera observing the Hernando USPS facility located at 3795 E Parsons Point Road, Hernando FL 34442. On September 9, 2020, at approximately 3:32 pm, BURDICK, while wearing the same clothing that he was observed wearing when he departed BURDICK'S RESIDENCE in BURDICK'S VEHICLE, walked to the USPS blue collection box outside the Post Office with the same see-through plastic bag that BURDICK was carrying when he was observed on the surveillance camera outside BURDICK'S RESIDENCE. BURDICK then placed an unknown number of USPS Priority Mail envelopes in the USPS blue collection box and departed the area.

41. Law enforcement reviewed the GPS tracker activity for BURDICK'S VEHICLE for September 15, 2020, and noted that BURDICK'S VEHICLE visited the Floral City Post Office at approximately 6:32 pm. As described above, the Floral City Post Office is the location of P.O. Box 1167 in the name "Dale Walker."

42. Law enforcement reviewed footage from a covert camera observing the Floral City Post Office. On or about September 15, 2020, at approximately 6:32 pm, BURDICK'S VEHICLE was observed parking and BURDICK entered the Floral City Post Office empty handed. BURDICK then exited the Floral City Post Office with a USPS box and a USPS Priority Mail envelope, and departed in BURDICK'S VEHICLE.

43. Law enforcement reviewed the footage from the covert camera observing BURDICK'S RESIDENCE. On or about September 15, 2020, at approximately 6:48 pm, BURDICK arrived in BURDICK'S VEHICLE and entered BURDICK'S RESIDENCE with the same USPS box and USPS Priority Mail Envelope.

44. A review of USPS business records show a USPS Flat Rate small box was delivered to "Dale Walker" at P.O. Box 1176 at the Floral City Post Office.

45. On or about October 14, 2020, FDA-OCI and other law enforcement agencies executed a search warrant at BURDICK'S residence issued by the Honorable Philip R. Lammens, Magistrate Judge for the Middle District of Florida. During the search, law enforcement located a pill press machine, a powder blending machine used to mix pill ingredients, over 14,000 suspected counterfeit alprazolam pills, bags of microcrystalline cellulose, shipping and packaging material consistent with packaging material received by law enforcement in undercover purchases from RANGOON, and counterfeit Florida Driver's Licenses in the names "Dale Walker", "Tim Bailey," and "Allan Crow" all bearing a photo of BURDICK. Law enforcement also recovered the keys to P.O. Box 1176 at the Floral City Post Office and P.O. Box 798 at the Oxford Post Office. The pills were sent to the FDA lab for testing. Over 7,000 of these pills were marked as XANAX, but tested positive for substances other than alprazolam – such as flualprazolam, etizolam, edinazolam, and others. Over 7,000 of

these pills were marked as G3722, but tested positive for substances other than alprazolam – such as amantadine. Based on my training and experience, amantadine is a drug used for the treatment of Parkinson's disease and influenza. Based on my training and experience, G3722 is a mark imprinted on one type of FDA-approved generic alprazolam.

## CONCLUSION

46. Based on the foregoing, I submit there is probable cause to believe that Benjamin Burdick knowingly sold and dispensed, and held for sale and dispensing, counterfeit drugs, in violation of Title 21, United States Code, Sections 331(i)(3) and 333(b)(8).

Respectfully submitted,

*Jacob Ellis*
Jacob Ellis
Special Agent
FDA – Office of Criminal Investigations

Subscribed and sworn to in accordance with Fed. R. Crim. Proc. 4.1 by telephone on
December 28 , 2020.

_____
The Honorable Ivan D. Davis
United States Magistrate Judge
Eastern District of Virginia